# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL RICHARD HAMMER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SIS HUGGINS, )<br>SIS MCCALASTER, )<br>DAVID, and )<br>B. TRUE )<br>)<br>Defendants. ) | Case No. 18−cv−1351−JPG |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff filed this suit on July 2, 2018. (Doc. 1). The matter is before the Court on Plaintiff's Motion for Voluntary Dismissal, filed on August 1, 2018. (Doc. 3). For reasons explained below, Plaintiff's Motion is **GRANTED**. (Doc. 3).

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendants have not been served in this action, therefore Plaintiff is within the proper time frame to file a Notice of Dismissal. The dismissal shall be without prejudice.

## Disposition

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED**. (Doc. 3). This case is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to enter

1

judgment and close the case. This dismissal shall not count as one of Plaintiffs' allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's filing fee remains due and owing.

**IT IS SO ORDERED.**

**DATED: August 6, 2018**

s/J. Phil Gilbert  
U.S. District Judge